# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Bionix Development Corporation,
      Plaintiff,

v.                   Case No. 06-C-79

Shoney Scientific, Inc., et al.,
      Defendants.

## ORDER

On November 30, 2006, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's claims.

Accordingly, this action is referred back to the Honorable Lynn Adelman for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>30th</u> day of November, 2006.

              BY THE COURT:

              <u>s/AARON E. GOODSTEIN</u>
              United States Magistrate Judge