IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BIONIX DEVELOPMENT CORPORATION ) | |
| ) | CIVIL ACTION NO. 06-CV-0079 |
| Plaintiff, ) | |
| ) | |
| v. ) | Hon. Lynn Adelman |
| ) | |
| SHONEY SCIENTIFIC, INC. ) | |
| SURYAKANT SHONEY, and ) | Magistrate Judge |
| MADURIKA SHONEY ) | Aaron F. Goodstein |
| ) | |
| Defendants. ) | |

**ORDER FOR DISMISSAL**

This matter is hereby dismissed with prejudice and without further costs to any party.

IT IS SO ORDERED.

Dated this ___ day of _____, 2007.

_____
Lynn Adelman
United States District Judge